## STATE *v.* JOHN THOMAS.

*(January* 16, 1936.)

LAYTON, C. J.:

*Robert H. Richards, Jr.,* Deputy Attorney-General, for the State.

Court of General Sessions for New Castle County, No. 28, January Term, 1936.

LAYTON, C. J.:

This question ought not to be answered. The actual physical character and surroundings of the house are in evidence. One of the reasons for the admission of evidence of reputation, necessity, does not exist. It is difficult to regard the question asked other than as an attempt to prove

a bad reputation of the defendant prior to proof, or an attempt to prove, a good reputation on his part. See *State v. Still*, 3 *W. W. Harr.* (33 *Del.*) 191, 133 *A.* 788.